## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re   **GREGORY F. SCHEIHING**              :
        **Debtor**                        :        **Chapter 11**
_____ :        **Case No.   17-12124**

### <u>MOTION TO DISMISS</u>

    **COMES NOW, GERGORY F. SCHEIHING, debtor, by counsel,** and represents to the Court as follows:

    **1. Debtor filed a petition for an order for relief under Chapter 11 of the Bankruptcy Code on June 21, 2017, and a Chapter 13 order for relief was granted.**

    **2.   The debtor filed this case as a Chapter 11 case because he was over the Chapter 13 secured debt cap.**

    **3.   On September 26, 2017 this Court approved the sale of one of the Debtors' three properties, 10188 Turnberry Place, Oakton, VA   22124; the sale of the Turnberry Place property places the Debtor under the Chapter 13 secured debt cap.**

    **4.   Debtor wishes to dismiss his Chapter 11 case so that he may address his remaining debt outside of bankruptcy and, if needed, enter in to Chapter 13.**

    **WHEREFORE, debtor prays for and Order dismissing has Chapter 11 case**

Date:  **January 8, 2019**

                             **<u>/s/ Nathan Fisher</u>**
                             **Nathan Fisher**
                             **Counsel for Debtor - #37161**
                             **3977 Chain Bridge Rd., #2**
                             **Fairfax, VA   22042**
                             **(703) 691-1642**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2019, I served the foregoing parties on the attached mailing matrix, via first-class mail, under Local Rule 4001(a)-1(E)(1), and, also:

Joseph A. Guzinski, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA   22314


/s/ Nathan Fisher
Nathan Fisher