UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:  GREGORY SCHEIHING          :
   Debtors        :  Case No. 17-12124-KHK
                :  Chapter 11
                :

## NOTICE OF MOTION & HEARING ON DEBTOR'S MOTION TO DISMISS CASE

**GREGORY SCHEIHING**, by counsel, has filed papers with the court seeking to Dismiss his Chapter 11 case.

**Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish the court to grant the relief sought in the motion [objection], or if you want the court to consider your views on the motion [obection], then your objection may be made orally at the hearing:

 __x__  ATTEND THE HEARING SCHEDULED TO BE HELD ON JANUARY 29, 2019 AT 11:00 A.M. IN THE U.S. BANKRUPTCY COURT, ALEXANDRIA DIVISION, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINIA   22314 IN COURT ROOM III.

-----------------------
Nathan Fisher
3977 Chain Bridge Rd., Ste. 2
Fairfax, VA   22030
(703) 691-1642
VSB#37161

__x__       File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013- 1(H).  <u>Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.</u>   If you mail a response to the court for filing, you should mail it early enough so the court will <u>receive</u> it on or before the date stated above.   You should <u>also</u> mail a copy to the persons listed below.

The address of the clerk's office is as follows:

      **Clerk of the Court**
      **United States Bankruptcy Court**
      **200 South Washington Street**
      **Alexandria, VA 22314**

__x__       A copy of any written response must be mailed to the following persons:

| | |
|---|---|
| **Nathan Fisher** | **Gregory Scheihing** |
| **3977 Chain Bridge Rd., #2** | **10816 Bryant Place** |
| **Fairfax, VA   22030** | **Oakton, VA   22124** |

**Office of the US Trustee**
**1725 Duke St., Ste. 650**
**Alexandria, VA   22314**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion [objection] and may enter an order granting relief.

| | |
|---|---|
| **Date: <u>January 8, 2019</u>** | <u>/s/ Nathan Fisher</u> |
| | **Nathan Fisher, VSB #37161** |
| | **Debtor's Counsel** |
| | **3977 Chain Bridge Rd., #2** |
| | **Fairfax, Virginia   22030** |

## Certificate of Sevice

    I hereby certify that I have this 8th day of January, 2019 faxed, e-mailed, mailed or hand-delivered a true copy of the foregoing Notice of Motion to Dismiss Case to each of the parties listed above and to each of the creditors on the attached mailing matrix..

/s/ Nathan Fisher
**Nathan Fisher**
**Counsel for Debtor**
**3977 Chain Bridge Rd., #2**
**Fairfax, Virginia   22030**
**(703) 691-1642**
**VSB #37161**